UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN B. VINING,

    Petitioner,

v.                                                CASE NO. 6:04-cv-1092-Orl-31DAB

JAMES V. CROSBY, JR.,

    Respondent.

**ORDER**

    Respondent filed a Response (Doc. No. 30), in which he incorporates a request to dismiss the Petition. He submitted numerous documents in support of the request to dismiss the Petition.

    Petitioner will be provided with an opportunity to file a reply to the Response. Petitioner should not depend upon the mere allegations in his pleadings to counter the Response. Petitioner should respond with counter sworn affidavits and/or documents to set forth specific facts showing that there is a genuine issue of material fact in dispute. If Petitioner fails to respond to the Response or responds, but the response does not demonstrate that there is a genuine issue of material fact, the Court may declare that the facts in the affidavits and/or documents supporting the Response are established as true and that there is no genuine issue of material fact in dispute. In that event, if the applicable law allows, Respondent will be entitled to have the case dismissed and final judgment entered in his favor based upon the pleadings, affidavits, and other documentation. In that event, there will be no evidentiary hearing, and the case will be terminated in this Court. Petitioner shall have **ONE HUNDRED AND FIFTY (150) DAYS** from the date of this order to reply to the Response. Thereafter, the Response will be taken under advisement by the Court and an order

entered thereon without further notice.  Petitioner is again warned that an order could result in the case being terminated without any further proceedings.

      **DONE AND ORDERED** at Orlando, Florida this 15th day of August, 2006.

                                    GREGORY A. PRESNELL
                                    UNITED STATES DISTRICT JUDGE

Copies to:
sa 8/15
Counsel of Record