# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN B. VINING,**

    **Petitioner,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-1092-Orl-31DAB**

**JAMES V. CROSBY, JR., et al.,**

    **Respondents.**

_____/

## ORDER

This case is before the Court on Petitioner's Motion for New Trial and/or Motion to Alter or Amend Judgment (Doc. No. 37, filed October 29, 2007). Pursuant to Civil Rule of Procedure 59(e), Petitioner seeks to alter or amend the judgment entered by the Court on October 16, 2007.

The Court's reconsideration of a prior order is an extraordinary remedy, which must be used sparingly. "When issues have been carefully considered and decisions rendered, the only reason which should commend reconsideration of that decision is a change in the factual or legal underpinning upon which the decision was based. The movant must set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision." *Taylor Woodrow Const. Corp. v. Sarasota/Manatee Airport Authority*, 814 F.Supp. 1072, 1072-73 (M.D. Fla. 1993) (citations omitted). In addition, a movant "cannot use a Rule 59(e) motion to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." *Michael Linet, Inc. v. Village of Wellington, Fla.*, 408 F.3d 757, 763 (11th Cir. 2005).

Petitioner argues that this Court erred by not granting relief on claims two and three of the

petition. The Court notes that these arguments are basically a rehashing of the arguments made prior to entry of judgment. The Court has considered these arguments and found them to be without merit. Therefore, Rule 59(e) does not afford Petitioner any relief.

Upon consideration of the arguments, this Court finds that Petitioner has failed to demonstrate sufficient grounds warranting the relief requested. Petitioner's Motion for New Trial and/or Motion to Alter or Amend Judgement (Doc. No. 37) is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on this 5th day of November, 2007.

Copies furnished to:

Counsel of Record

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE